THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOWARD WELLINGTON, Appellant.—

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We have considered the defendant's remaining contention and find it to be without merit *(see, People v Suitte,* 90 AD2d 80). Mollen, P. J., Lawrence, Rosenblatt and Miller, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD WILLIAMS, Appellant.—

The defendant was properly adjudicated a persistent felony offender *(see, People ex rel. Crawford v Smith,* 96 AD2d 757, *affd* 60 NY2d 695).

We have considered the defendant's contentions raised in his supplemental *pro se* brief and find them to be without merit. Lawrence, J. P., Rubin, Sullivan and Balletta, JJ., concur.